1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   JESUS GUILLEN,                    )   CASE NO. ED CV 09-1493-ABC (PJW)
                                       )
11                 Petitioner,         )
                                       )
12            v.                       )   J U D G M E N T
                                       )
13   THE STATE OF CALIFORNIA,          )
                                       )
14                 Respondent.         )
     ──────────────────────────────────)
15

16        Pursuant to the Order issued this day,

17        IT IS HEREBY ADJUDGED that the Petition is denied and this action

18   is dismissed.

19
     DATED: 8/17/09
20

21
                              _____
22                            AUDREY B. COLLINS
                              UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28   C:\Temp\notesFFF692\ED CV 09-1493 (PJW) Judgment.wpd